CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 4 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HARRY WALKER, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05-cv-00010 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MORGAN SCOTT, et al., | ) | By: Hon. James C. Turk |
| Defendants. | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Defendant Brumbaugh's motion for summary judgment is hereby **GRANTED** as to all constitutional claims related to the search of plaintiff's residence on September 29, 2003;

2. As to all other claims under 42 U.S.C. § 1983 or <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), defendants' motions to dismiss are hereby **GRANTED**;

3. All claims under state law are hereby **DISMISSED** without prejudice; and

4. The action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 4th day of May, 2006.

/s/ James C. Turk
Senior United States District Judge